NELLIE T. KELLEHER, complainant-appellant,

*v.*

GEORGE H. BRAGG, defendant-respondent.

[Argued January 23d, 1925.   Decided March 16th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *96 N. J. Eq. 25.*

*Messrs. Collins & Corbin, Mr. Edward A. Markley* and *Mr. David A. Newton,* for the appellant.

*Mr. Charles M. Mason,* for the respondent.

PER CURIAM.

The bill of complaint was filed in this case to compel the specific performance of a contract to sell real estate. The property is known as Nos. *2709, 2711, 2713 and 2713A* Boulevard, Jersey City. Vice-Chancellor Lewis, before whom the case was heard, refused to advise a decree for specific performance, but did advise a decree dismissing the bill of complaint.

Our consideration of the case leads us to the same conclusion as that advised by the learned vice-chancellor.

The decree of the court of chancery is therefore affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   13.

*For reversal*—None.